IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:07-CR-0153-01 |
| | : | |
| **v.** | : | |
| | : | |
| **CARLTON L. EASTER** | : | Judge Sylvia H. Rambo |

# **O R D E R**

AND NOW, this 11th day of April, 2018, in accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** as follows:

1) The request to proceed *in forma pauperis* is **GRANTED** solely for the purpose of the filing of the petition; and

2) The petition for relief (Doc. 358) is **DENIED** for lack of jurisdiction in this court.

                                               s/Sylvia H. Rambo
                                               SYLVIA H. RAMBO
                                               United States District Judge