IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:07-cr-153** |
| **v.** | : | |
| **CARLTON L. EASTER** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that the motion filed pursuant to Federal Rule of Civil Procedure 60(b)(6) is **DENIED**.

Any appeal taken from this order is deemed to be frivolous and not taken in good faith.

                                                   s/Sylvia H. Rambo
                                                   SYLVIA H. RAMBO
                                                   United States District Judge

Dated: May 16, 2018