IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:07-cr-153-01 |
| v. | : | |
| CARLTON L. EASTER | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Carlton Easter's Motion for Reduced Sentence Pursuant to Section 404 of the First Step Act of 2018 is **DENIED**.

                                                             s/Sylvia H. Rambo
                                                             SYLVIA H. RAMBO
                                                             United States District Judge

Dated: June 25, 2019