IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:07-cr-153** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **CARLTON EASTER** | : | **Judge Sylvia H. Rambo** |

# O R D E R

For the reasons set forth in the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Easter's motion for reconsideration (Doc. 406) is **DENIED**.

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge

Dated: September 11, 2019