IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:07-cr-0153 |
| v. | : | |
| **CARLTON EASTER** | : | Judge Sylvia H. Rambo |

## **O R D E R**

**AND NOW**, this 6th day of October, 2023, in accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant Carlton Easter's Motion for Early Termination of Supervised Release (Doc. 443) is **DENIED**.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
